UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRASER McDONOUGH ROTCHFORD,

    Petitioner,

v.

STATE: KING COUNTY PROS.,

    Respondent.

Case No. C24-5569-RSL

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to satisfy the filing fee requirement.

(3) The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

DATED this 13th day of December, 2024.

Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION - 1